**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRON- MENTAL PROTECTION**

v.

**PPL GENERATION, LLC and
PPL Martins Creek, LLC.**

Delaware Riverside Conservancy, Inc., Thomas and Nancy Shappell, and William Vogt, Intervenors.

Appeal of Delaware Riverside Conservancy, Inc., Thomas and Nancy Shappell, and William Vogt, Intervenors.

Supreme Court of Pennsylvania.

Aug. 18, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**